```
           IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    HOT SPRINGS DIVISION
```

LARRY GLEGHORN                                              PLAINTIFF

v.                              Case No. 04-6060

DON MELTON, ARKANSAS STATE POLICE DIRECTOR,
IN HIS OFFICIAL CAPACITY AND INDIVIDUAL CAPACITY;
THOMAS MARS, FORMER ARKANSAS STATE POLICE DIRECTOR;
FRANK GWEN, CHAIRMAN OF THE ARKANSAS STATE POLICE
BOARD; AND ARKANSAS STATE POLICE                           DEFENDANTS

## ORDER

Now on this 15th day of August 2005, there comes on for consideration the Motion to Alter or Amend Judgment (Doc. 21) filed by Plaintiff on August 11, 2005 requesting the Court to reconsider its order dated July 28, 2005 dismissing this case with prejudice. Plaintiff contends he was "unable to respond" to the Court's Order of July 19, 2005 requesting that Plaintiff show good cause why his case should not be dismissed because Plaintiff filed his response to Defendants' Motion to Dismiss prior to receiving the order. Plaintiff fails to point out that his response to the motion to dismiss was untimely. Further, nothing prevented Plaintiff from responding to the Court's Order after he received the order. Finally, Plaintiff has failed again to show good cause for his failure to comply with Court orders. Accordingly, Plaintiff's Motion to Alter or Amend Judgment is DENIED.

/s/ Robert T. Dawson
Robert T. Dawson
United States District Judge