IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY GLEGHORN                                                    PLAINTIFF

       v.         Civil No. 04-6060

DON MELTON, in his individual capacity;
THOMAS MARS, in his individual capacity;
STEVE DOZIER, in his official capacity as
Director of the Arkansas State Police
Department; JERRY DAVIS, in his capacity
as Chairman of the Arkansas State Police
Commission; and the ARKANSAS STATE POLICE                         DEFENDANTS

## J U D G M E N T

For reasons set forth in the Memorandum Opinion, filed contemporaneously herewith, Defendants' motion for summary judgment (Doc. 39) is GRANTED. Accordingly, Plaintiff's claims pursuant to 42 U.S.C. §§ 1983 & 1985 and for declaratory relief are DISMISSED WITH PREJUDICE. The remaining causes of action based upon state law are DISMISSED WITHOUT PREJUDICE. The parties shall bear their own fees and costs. **The parties have thirty days from entry of this judgment on the docket in which to appeal**.

IT IS SO ORDERED this 4th day of May 2007.

                                    /s/ Robert T. Dawson
                                    Honorable Robert T. Dawson
                                    United States District Judge